**Fill in this information to identify the case:**

Debtor   **Klaucens & Associates, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

Check if this is:
☐ An amended filing

Chapter you are filing under:
☒ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Klaucens & Associates, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   36-2596922

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3239 Arnold Lane** | **N/A** |
| Number  Street | Number  Street |
| **Northbrook IL 60062** | |
| City, State, ZIP Code | City, State, ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Cook** | N/A |
| County | |

**5. Debtor's website (URL)**   www.klaucens.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other: Specify **N/A**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050.00 (amount subject to adjustment on (04/16) and every 3 years after that).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes      District **N/A** _____   When _____   Case number _____
                                                              MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes      Debtor **N/A** _____                    Relationship _____
            District _____   When _____   Case number _____
                                   MM/DD/YYYY

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor   Klaucens & Associates, Inc.                                                                                     Case number: _____

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:*<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. |

---

**Part 2:**   **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000 - 5,000 | ☐ 25,001 - 50,000 |
| ☐ 50-99 | ☐ 5,001 - 10,000 | ☐ 50,001 - 100,000 |
| ☐ 100-199 | ☐ 10,001 - 25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0 to $50,000 | ☐ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☒ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001, to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 to $50,000 | ☐ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☐ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001, to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☒ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

**Part 3:**   **Request for Relief, Declaration, and Signatures**

**WARNING**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>● I have been authorized to file this petition on behalf of the debtor.<br><br>● I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>/s/ Stan Szydlowski _____      07/05/2017 _____<br>Director, authorized representative of Klaucens & Associates, Inc.      MM/DD/YYYY |

---

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**18.  Signature of Attorney**

/s/ Frank J. Kokoszka
Attorney for Debtor(s)

07/05/2017
MM/DD/YYYY

**Frank J. Kokoszka**
Printed name
**Kokoszka &. Janczur P.C.**
Firm name
**19 South LaSalle Street**
Number   Street
**Suite 1201**

**Chicago IL 60603**
City, State, ZIP Code

**312-443-9600**
Contact phone
**6201436**
Bar number

**fkokoszka@k-jlaw.com**
Email address

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor      **Klaucens & Associates, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended
filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

## Part 1:      Summary of Assets

1.  *Schedule A/B: Assets -- Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $0.00

    1b.  **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................   $84,689.12

    1c.  **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................   $84,689.12

## Part 2:      Summary of Liabilities

2.  *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.............................   $71,333.45

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................................   $700,000.00

    3b.  **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.......................   $132,060.51

4.  **Total liabilities** ...........................................................................................................................   $903,393.96

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **Klaucens & Associates, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash and cash equivalents?**
    ☐ No. Go to part 2.
    ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(identify name of institution, type of account, and last 4 digits of account number)*

| | | |
|---|---|---|
| 3.1 | First Midwest Bank Checking Account | $3,000.00 |

4.  **Other cash equivalents** *(identify all)*

    (None)

5.  **Total of Part 1.**
    Add lines 2 through 4. Copy the total to line 80.                    $3,000.00

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits and prepayments?**
    ☒ No. Go to part 3.
    ☐ Yes. Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**
    ☐ No. Go to part 4.
    ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**11. Accounts receivable**

11a. 90 days old or less: _____ - _____ =
                          face amount        doubtful or uncollectable amounts

11b. Over 90 days old:   $76,689.12 - $30,000.00 =                           $46,689.12
                          face amount        doubtful or uncollectable amounts

**12. Total of Part 3.**                                                     $76,689.12
Add lines 11a through 11b. Copy the total to line 82.

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor have any investments?**
☒ No. Go to part 5.
☐ Yes. Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor have any inventory, excluding agriculture assets?**
☒ No. Go to part 6.
☐ Yes. Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor have any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to part 7.
☐ Yes. Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor have any office furniture, fixtures, and equipment; and collectibles?**
☐ No. Go to part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Used Office Furniture | $3,000.00 | | $3,000.00 |
| **40. Office fixtures** | | | |
| (None) | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Computer, Monitors & Phones | $2,000.00 | | $2,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| (None) | | | |

**43. Total of Part 7.**                                                    $5,000.00
Add lines 39 through 42. Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor have any machinery, equipment, and vehicles?**
☒ No. Go to part 9.
☐ Yes. Fill in the information below.

---

### Part 9:   Real property

**54. Does the debtor have any real property?**
☒ No. Go to part 10.
☐ Yes. Fill in the information below.

---

### Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any intangibles and intellectual property?**
☐ No. Go to part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| (None) | | | |
| **61. Internet domain names and websites** | | | |
| 61.1   www.klaucens.com | | | |
| **62. Licenses, franchises, and royalties** | | | |
| (None) | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1   Customer List | | | |
| **64. Other intangibles, or intellectual property** | | | |
| (None) | | | |
| **65. Goodwill** | | | |
| (None) | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ **No**
☐ **Yes**

**68. Is an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| Part 11: | any other assets that have not yet been reported on this form |
|---|---|

**70. Does the debtor have any any other assets that have not yet been reported on this form?**
- ☐ No. Go to part 12.
- ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

(None)

**72. Tax refunds and unused net operating losses (NOLs)**

(None)

**73. Interests in insurance policies or annuities**

(None)

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 Judgment against Elizabeth Ursin.   Judgment amount is $600,000.00.  The Defendant appears to be collection proof.

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

(None)

**76. Trusts, equitable or future interests in property**

(None)

**77. Other property of any kind not already listed** *Examples:* **Season tickets, country club membership**

(None)

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash and cash equivalents** *Copy line 5, Part 1.* ........................ | $3,000.00 | |
| **81. Deposits and prepayments** *Copy line 9, Part 2* .......................... | | |
| **82. Accounts receivable** *Copy line 12, Part 3* .................................... | $76,689.12 | |
| **83. Investments** *Copy line 17, Part 4* ................................................ | | |
| **84. Inventory** *Copy line 23, Part 5* .................................................... | | |
| **85. Farming and fishing-related assets** *Copy line 33, Part 6* .......... | | |
| **86. Office furniture, fixtures, and equipment; and collectibles** *Copy line 43, Part 7* ........................................................................ | $5,000.00 | |

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 87. **Machinery, equipment, and vehicles** *Copy line 51, Part 8.* ........ | | |
| 88. **Real property** *Copy line 56, Part 9.* ............................................. | | |
| 89. **Intangibles and Intellectual Property** *Copy line 66, Part 10.* ...... | | |
| 90. **All other assets** *Copy line 78, Part 11.* ........................................ | | |
| 91. **Total.** Add lines 80 through 90 for each column. ........................... | $84,689.12 | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add the two entries on line 91 .......................................................... | | $84,689.12 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor **Klaucens & Associates, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended
filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
| --- | --- | --- | --- |

| 2.1 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $71,333.45 | $3,000.00 |
| --- | --- | --- | --- | --- |

**Creditor's name**

Illinois Department of Revenue

**Creditor's mailing address**

101 Jefferson Street
3-051
Springfield, IL  62794

**Creditor's email address, if known**

**Date debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**If multiple creditors have an interest in the same property,** specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

First Midwest Bank Checking Account

**Describe the lien**

Levy on Bank Account

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. *Fill out Schedule H: Codebtors* (Official Form 206H).

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **Klaucens & Associates, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 206EF
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more creditors with priority unsecured claims than will fit on this page, fill out and attach additional pages.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | **Priority creditor's name and mailing address**<br><br>Wisconsin Department of Revenue<br>PO Box 8933<br>Madison, WI  53708<br><br>**Date or dates debt was incurred:**<br>UNKNOWN<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(0) | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Other<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |
| **2.2** | **Priority creditor's name and mailing address**<br><br>Dan Kavrakov<br>2504 Jessica Lane<br>Apt. #126<br>Schaumburg, IL  60173<br><br>**Date or dates debt was incurred:**<br>UNKNOWN<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4) | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Payroll<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |

Debtor    Klaucens & Associates, Inc.                                                                                          Case number:

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | David Kropp<br>2500 Hawk Lane<br>Rolling Meadows, IL  60008 | | | |
| | **Date or dates debt was incurred:**<br>UNKNOWN | **Basis for the claim:**<br>Payroll | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4) | | | |

| | | | | |
|---|---|---|---|---|
| **2.4** | **Priority creditor's name and mailing address** | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | David Rasales<br>17 Baldwin Avenue<br>Waukegan, IL  60085 | | | |
| | **Date or dates debt was incurred:**<br>UNKNOWN | **Basis for the claim:**<br>Payroll | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4) | | | |

| | | | | |
|---|---|---|---|---|
| **2.5** | **Priority creditor's name and mailing address** | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Joe Brueck<br>10 Winding Branch Road<br>Lake Zurich, IL  60047 | | | |
| | **Date or dates debt was incurred:**<br>UNKNOWN | **Basis for the claim:**<br>Payroll | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4) | | | |

| | | | | |
|---|---|---|---|---|
| **2.6** | **Priority creditor's name and mailing address** | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | John King<br>7106 West Arthure Avenue<br>Chicago, IL  60631 | | | |
| | **Date or dates debt was incurred:**<br>UNKNOWN | **Basis for the claim:**<br>Payroll | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4) | | | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.7** **Priority creditor's name and mailing address**

John Thomas
1810 Bittersweet Lane
Mount Prospect, IL 60056

**Date or dates debt was incurred:**
UNKNOWN

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4)

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Payroll

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00    $0.00

---

**2.8** **Priority creditor's name and mailing address**

Laurel Tobias
6704 Fox River Road
Burlington, WI 53105

**Date or dates debt was incurred:**
UNKNOWN

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4)

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Payroll

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00    $0.00

---

**2.9** **Priority creditor's name and mailing address**

Mita Patel
4646 Davis Street
Skokie, IL 60076

**Date or dates debt was incurred:**
UNKNOWN

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4)

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Payroll

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00    $0.00

---

**2.10** **Priority creditor's name and mailing address**

Raj Patel
1016 Arkansas Drive
Elk Grove Village, IL 60007

**Date or dates debt was incurred:**
UNKNOWN

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4)

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Payroll

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00    $0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor   Klaucens & Associates, Inc.   Case number:

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim | Priority amount |
|---|---|---|

**2.11** **Priority creditor's name and mailing address**

Richard Cervantes
1929 Northwestern Avenue
Gurnee, IL  60031

**Date or dates debt was incurred:**
UNKNOWN

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4)

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Payroll

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00   $0.00

---

**2.12** **Priority creditor's name and mailing address**

Warren Tejes
439 Division Street
Elgin, IL  60120

**Date or dates debt was incurred:**
UNKNOWN

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4)

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00   $0.00

---

**2.13** **Priority creditor's name and mailing address**

IRS
PO Box 7346
Philadelphia, PA  19101

**Date or dates debt was incurred:**
UNKNOWN

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(8)

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

$700,000.00   $700,000.00

Debtor   Klaucens & Associates, Inc.                                                          Case number:

---

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

3.     **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more creditors with priority unsecured claims than will fit on this page, fill out and attach additional pages.

|  |  | Amount of claim |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

Advanced Disposal
2800 Shermer Road
Northbrook, IL  60062

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:** -8796

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,475.53

---

**3.2**   **Nonpriority creditor's name and mailing address**

Allegra Marketing Print and Mail
453 South Vermont Street
Unit A
Palatine, IL  60067

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:** -6132

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Printing Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$661.43

---

**3.3**   **Nonpriority creditor's name and mailing address**

AT&T
1 AT&T Way
Room 3A104
Bedminster, NJ  07921

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:** 2161

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**
☒ No
☐ Yes

$184.08

---

**3.4**   **Nonpriority creditor's name and mailing address**

AT&T Mobility
PO Box 5014
Carol Stream, IL  60197

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:** -61-5

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$234.08

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor    Klaucens & Associates, Inc.    Case number:

| | Amount of claim |
|---|---|

**3.5** **Nonpriority creditor's name and mailing address**

BVP Jackson Place LLC
c/o Laurie and Brennan, LLP
2 North Riverside Plaza, Suite 1750
Chicago, IL 60606

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Breach of Contract

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.6** **Nonpriority creditor's name and mailing address**

Canon Financial Services, Inc.
158 Gaitner Drive
Suite 200
Mount Laurel, NJ 08054

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: -2617

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,680.12

---

**3.7** **Nonpriority creditor's name and mailing address**

COMCAST
ONE COMCAST CENTER
PHILADELPHIA
Philadelphia, PA 19103

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: 1869

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☒ No
☐ Yes

$702.98

---

**3.8** **Nonpriority creditor's name and mailing address**

Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: 5912

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,813.67

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor    Klaucens & Associates, Inc.    Case number:

| | Amount of claim |
|---|---|

**3.9** **Nonpriority creditor's name and mailing address**

ERC Delivery Services
481 West Fullerton Avenue
Elmhurst, IL 60126

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: 2649

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$181.10

---

**3.10** **Nonpriority creditor's name and mailing address**

ESOP Partners, LLC
3701 East Evergreen Drive
#600
Appleton, WI 54913

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,737.50

---

**3.11** **Nonpriority creditor's name and mailing address**

Fitzgerald Associates Architects, PC
c/o Foran Glennon
222 North LaSalle Street, Suite 1400
Chicago, IL 60601

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Breach of Contract

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.12** **Nonpriority creditor's name and mailing address**

Hanover
c/o Karbal, Cohen, Economou
150 South Wacker Drive, Suite 1700
Chicago, IL 60606

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,000.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor    Klaucens & Associates, Inc.                                                    Case number:

|  | Amount of claim |
|---|---|

**3.13** **Nonpriority creditor's name and mailing address**

Illinois Department of Employment Security
33 South State Street
9th Floor
Chicago, IL  60603

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.14** **Nonpriority creditor's name and mailing address**

Illinois Department of Financial & Professional Regulation
320 West Washington
3rd Floor
Springfield, IL  62786

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: -0502

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

**3.15** **Nonpriority creditor's name and mailing address**

Illinois Department of Revenue
911 Harrison Street
Des Plaines, IL  60016

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.16** **Nonpriority creditor's name and mailing address**

IPFS Corporation
PO Box 412086
Kansas City, MO  64141

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: -8018

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,670.18

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor   Klaucens & Associates, Inc.                                                    Case number:

|  | Amount of claim |
|---|---|

**3.17 Nonpriority creditor's name and mailing address**

Phoenix Builders, LTD
1801 Winnetka Circle
Rolling Meadows, IL  60008

**Date or dates debt was incurred:** 06/08/2016

**Last 4 digits of account number**: -2412

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.18 Nonpriority creditor's name and mailing address**

Porte Brown
845 Oakton Street
Elk Grove Village, IL  60007

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: -1917

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,340.00

---

**3.19 Nonpriority creditor's name and mailing address**

PRK Consultants, Inc.
c/o Lavelle Law, Ltd.
501 West Colfax Street
Palatine, IL  60067

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,490.00

---

**3.20 Nonpriority creditor's name and mailing address**

Republic Services
PO Box 9001154
Louisville, KY  40290

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: -8716

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$223.63

---

**3.21 Nonpriority creditor's name and mailing address**

RJ Augustine and Associates, LTD, CPAs
999 Plaza Drive
Suite 650
Schaumburg, IL  60173

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**:

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,435.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor  Klaucens & Associates, Inc.                                                                    Case number:

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Amount of claim |
|---|---|

**3.22 Nonpriority creditor's name and mailing address**

Stan Szydlowski
1906 Revere Lane
Elk Grove Village, IL 60007

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loans & Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.23 Nonpriority creditor's name and mailing address**

Technologyville
2733 North Power Road
Suite 102-191
Mesa, AZ 85215

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:** 1412

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,897.25

---

**3.24 Nonpriority creditor's name and mailing address**

U.S. Department of Labor
Employee Benefits Security Administration
230 South Dearborn Street, Suite 2160
Chicago, IL 60604

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.25 Nonpriority creditor's name and mailing address**

United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:** -4669

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$208.96

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page

| Name and address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor    Klaucens & Associates, Inc.    Case number:

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|
| 5a.   Total claims from Part 1 ................................................................................................................ | $700,000.00 |
| 5b.   Total claims from Part 2 ................................................................................................................ | $132,060.51 |
| 5c.   Total of Parts 1 and 2<br>Lines 5a + 5b = 5c ........................................................................................................... | $832,060.51 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    <u>Klaucens & Associates, Inc.</u>

United States Bankruptcy Court for the <u>Northern District of Illinois</u>

Case number
(If known)   _____

☐ Check if this is an amended
filing

<u>Official Form 206G</u>

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**   **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.**   **List all contracts and unexpired leases**

|  |  | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease; Leasee |
|  | State the term remaining | Until N/A |
|  | List the contract number of any government contract | None |

And in the column for 2.1:

W.B. Olsen; 3235 Arnold Lane; Northbrook, IL 60062

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor __**Klaucens & Associates, Inc.**__

United States Bankruptcy Court for the __**Northern District of Illinois**__

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Codebtor name and mailing address | Creditor name | Check all schedules that apply: |
|---|---|---|
| **2.1** **Elizabeth Ursin**<br>Name<br>**6 Clearwater Court**<br>Number  Street<br><br>**Lake Zurich IL 60047**<br>City, State, ZIP Code | Allegra Marketing Print and Mail | ☐ D<br>☒ E/F<br>☐ G |
| **2.2** **Joseph Brueck**<br>Name<br>**10 Winding Branch Road**<br>Number  Street<br><br>**Lake Zurich IL 60047**<br>City, State, ZIP Code | AT&T | ☐ D<br>☒ E/F<br>☐ G |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor  **Klaucens & Associates, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒ Schedule H: Codebtors (Official Form 206H)

☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206 - Summary)

☐ Amended Schedule

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration **Statement of Financial Affairs (Official Form 207), Statement of Corporate Ownership, Verification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| /s/ Stan Szydlowski | 07/05/2017 |
| Signature of individual signing on behalf of debtor | MM / DD / YYYY |

Stan Szydlowski
Printed name

Director
Position or relationship to debtor

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **Klaucens & Associates, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☒ None

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers.including expense reimbursements.to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.00. (This amount may be adjusted on 04/01/2019 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.00. (This amount may be adjusted on 04/01/2019 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

**5.    Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

**6.    Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

### Part 3:    Legal Actions or Assignments

Debtor    Klaucens & Associates, Inc.    Case number:

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case Title & number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** Klaucins vs. Elizabeth Ursin, 16 CH 04949 | Fraud | CIRCUIT COURT OF COOK COUNTY 50 WEST WASHINGTON ST Room 2804 Chicago, IL 60602 | Judgment entered |
| **7.2** BVP Jackson Place vs. Firzgerald Associates, 14 L 004604 | Breach of Contract | CIRCUIT COURT OF COOK COUNTY 50 WEST WASHINGTON ST Room 2804 Chicago, IL 60602 | Pending |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property.by sale, trade, or any other means.made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Part 7: | Previous Locations |
|---|---|

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    Page 2

Debtor    Klaucens & Associates, Inc.                                                        Case number:

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ None

| Part 8: | Healthcare Bankruptcies |
|---------|-------------------------|

**15. Healthcare bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained:

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit and for which the debtor serves(d) as plan administrator?**

☒ No. Go to part 10
☐ Yes. Fill in this information

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|----------|------------------------------------------------------------------|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------------------------------------------|-----------------------------------|----------------------------|----------------------------|
| **19.1**<br>PUBLIC STORAGE<br>125 South Pflingsten Road<br>Deerfield, IL 60015 | | Office furniture and records | ☐ No<br>☒ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|----------|-------------------------------------------------------------------|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25.    Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security Number or ITIN<br><br>Dates business existed |
|---|---|---|
| Klaucens & Associates, Inc.<br>3239 Arnold Lane<br>Northbrook, IL  60062 | (Corporation) | 36-2596922<br><br>12/1967 to 06/09/2017 |

**26.    Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address |
|---|
| Porte Brown<br>845 Oakton Street<br>Elk Grove Village, IL  60007 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| Name and address |
| --- |
| Elizabeth Ursin<br>6 Clearwater Court<br>Lake Zurich, IL  60047 |

| If any books of account and records are unavailable, explain why |
| --- |
| Books, records & information removed by Eliabeth Ursin |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

☐   None

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒   No
☐   Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case**

☐   None

| Name and address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- |
| **28.1**<br>Joseph Brueck<br>10 Winding Branch Road<br>Lake Zurich, IL  60047 | President | 22 percent |
| **28.2**<br>Stan Szydlowski<br>1906 Revere Lane<br>Elk Grove Village, IL  60007 | Director | 20 percent |
| **28.3**<br>Elizabeth Ursin<br>6 Clearwater Court<br>Lake Zurich, IL  60047 | Secretary | 18 percent |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒   No
☐   Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒   No
☐   Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒   No
☐   Yes. Identify below

Debtor    Klaucens & Associates, Inc.                                    Case number:

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| **32.1** ESOP | |
| **32.2** 401 (k) | |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Stan Szydlowski                                    07/05/2017
Director, authorized representative of Klaucens & Associates, Inc.        MM/DD/YYYY

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **Klaucens & Associates, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement disclosing
    additional payments or
    agreements as of

Form BKA-2030
# Disclosure of Compensation of Attorney for Debtor

12/15

Use this procedural form, if desired, to disclose the matters enumerated in 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

Disclosure is required within 14 days after the order for relief or another time as the court may direct. A supplemental disclosure is required within 14 days after any payment or agreement not previously disclosed.

Attach a copy of the retainer agreement, if any.

| Part 1: | Compensation |
|---------|--------------|

For legal services, I have agreed to accept ........................... **$5,000.00**

Prior to the filing of this statement I have received
    Retainer for legal services ............................................... **$5,000.00**

    Retainer for expenses, including the court filing fee ...... **$335.00**

Balance Due ...................................................................... **$0.00**

2.  The source of the compensation paid to me was:

    ☒ Debtor    ☒ Other (specify) **Stan Szydlowski and Joseph Brueck**

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ☐ Other (specify)    ☒ N/A

4.  ☒    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
        of my law firm.

    ☐    I have agreed to share the above-disclosed compensation with another person or persons who are not members or
        associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the
        compensation, is attached.

| Part 2: | Services |
|---------|----------|

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in~~
        ~~bankruptcy.~~

    b.  ~~Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.~~

    c.  ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.~~

    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

    e.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

f.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**(None)**

7. A copy of my retainer agreement ☐ is ☒ is not attached.

---

**Part 3:**    **Certification**

I certify that the foregoing is a complete statement of any agreement  or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.


/s/ Frank J. Kokoszka _____    07/05/2017 _____
Frank J. Kokoszka (Kokoszka &. Janczur P.C.)    Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

# United States Bankruptcy Court

## Northern District of Illinois
## Chicago Division

In re: **Klaucens & Associates, Inc.**                    Case No.

## VERIFICATION OF CREDITOR MATRIX

I(we) verify that the attached list of creditors and the matrix file to be uploaded in this case
are true and complete to the best of my(our) knowledge.

/s/ Stan Szydlowski                                        07/05/2017
Stan Szydlowski
Director of Klaucens & Associates, Inc.                    Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Advanced Disposal
2800 Shermer Road
Northbrook, IL   60062

Allegra Marketing Print and Mail
453 South Vermont Street
Unit A
Palatine, IL   60067

AT&T
1 AT&T Way
Room 3A104
Bedminster, NJ   07921

AT&T Mobility
PO Box 5014
Carol Stream, IL   60197

BVP Jackson Place LLC
c/o Laurie and Brennan,  LLP
2 North Riverside Plaza, Suite 1750
Chicago, IL   60606

Canon Financial Services, Inc.
158 Gaitner Drive
Suite 200
Mount Laurel, NJ   08054

Chris Jewula Contracting
5200 West Roscoe Street
Chicago, IL   60641

COMCAST
ONE COMCAST CENTER
PHILADELPHIA
Philadelphia, PA   19103

Dan Kavrakov
2504 Jessica Lane
Apt. #126
Schaumburg, IL   60173

David Kropp
2500 Hawk Lane
Rolling Meadows, IL  60008

David Rasales
17 Baldwin Avenue
Waukegan, IL  60085

Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL  60197

Elizabeth Ursin
6 Clearwater Court
Lake Zurich, IL  60047

ERC Delivery Services
481 West Fullerton Avenue
Elmhurst, IL  60126

ESOP Partners, LLC
3701 East Evergreen Drive
#600
Appleton, WI  54913

Fitzgerald Associates Architects, PC
c/o Foran Glennon
222 North LaSalle Street, Suite 1400
Chicago, IL  60601

Hanover
c/o Karbal, Cohen, Economou
150 South Wacker Drive, Suite 1700
Chicago, IL  60606

Illinois Department of Employment Security
33 South State Street
9th Floor
Chicago, IL  60603

Illinois Department of Financial & Professional Regulation
320 West Washington
3rd Floor
Springfield, IL  62786

Illinois Department of Revenue
101 Jefferson Street
3-051
Springfield, IL  62794

Illinois Department of Revenue
911 Harrison Street
Des Plaines, IL  60016

IPFS Corporation
PO Box 412086
Kansas City, MO  64141

IRS
PO Box 7346
Philadelphia, PA  19101

Joe Brueck
10 Winding Branch Road
Lake Zurich, IL  60047

John King
7106 West Arthure Avenue
Chicago, IL  60631

John Thomas
1810 Bittersweet Lane
Mount Prospect, IL  60056

Joseph Brueck
10 Winding Branch Road
Lake Zurich, IL  60047

Laurel Tobias
6704 Fox River Road
Burlington, WI  53105

Mita Patel
4646 Davis Street
Skokie, IL  60076

Phoenix Builders, LTD
1801 Winnetka Circle
Rolling Meadows, IL  60008

Porte Brown
845 Oakton Street
Elk Grove Village, IL   60007

PRK Consultants, Inc.
c/o Lavelle Law, Ltd.
501 West Colfax Street
Palatine, IL   60067

Raj Patel
1016 Arkansas Drive
Elk Grove Village, IL   60007

Republic Services
PO Box 9001154
Louisville, KY   40290

Richard Cervantes
1929 Northwestern Avenue
Gurnee, IL   60031

RJ Augustine and Associates, LTD, CPAs
999 Plaza Drive
Suite 650
Schaumburg, IL   60173

Stan Szydlowski
1906 Revere Lane
Elk Grove Village, IL   60007

Technologyville
2733 North Power Road
Suite 102-191
Mesa, AZ   85215

U.S. Department of Labor
Employee Benefits Security Administration
230 South Dearborn Street, Suite 2160
Chicago, IL   60604

United Parcel Service
PO Box 7247-0244
Philadelphia, PA   19170

Warren Tejes
439 Division Street
Elgin, IL  60120

Wisconsin Department of Revenue
PO Box 8933
Madison, WI  53708

Debtor    Klaucens & Associates, Inc.                                                              Case number:

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**11. Why is the case filed in this district?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.

---

**Part 2:**    Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49           ☐ 1,000 - 5,000      ☐ 25,001 - 50,000
☐ 50-99          ☐ 5,001 - 10,000     ☐ 50,001 - 100,000
☐ 100-199        ☐ 10,001 - 25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0 to $50,000              ☐ $1,000,001 to $10 million       ☐ $500,000,001 to $1 billion
☒ $50,001 to $100,000        ☐ $10,000,001 to $50 million      ☐ $1,000,000,001 to $10 billion
☐ $100,001 to $500,000       ☐ $50,000,001, to $100 million    ☐ $10,000,000,001 to $50 billion
☐ $500,001 to $1 million     ☐ $100,000,001 to $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 to $50,000              ☐ $1,000,001 to $10 million       ☐ $500,000,001 to $1 billion
☐ $50,001 to $100,000        ☐ $10,000,001 to $50 million      ☐ $1,000,000,001 to $10 billion
☐ $100,001 to $500,000       ☐ $50,000,001, to $100 million    ☐ $10,000,000,001 to $50 billion
☒ $500,001 to $1 million     ☐ $100,000,001 to $500 million    ☐ More than $50 billion

---

**Part 3:**    Request for Relief, Declaration, and Signatures

**WARNING**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

_____                    07/05/2017
Director, authorized representative of Klaucens & Associates, Inc.          MM/DD/YYYY

---

**Fill in this information to identify the case:**

Debtor    <u>Klaucens & Associates, Inc.</u>

United States Bankruptcy Court for the <u>Northern District of Illinois</u>

Case number
(if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☒   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒   Schedule H: Codebtors (Official Form 206H)

☒   Summary of Assets and Liabilities for Non-Individuals (Official Form 206 - Summary)

☐   Amended Schedule

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒   Other document that requires a declaration **Statement of Financial Affairs (Official Form 207), Statement of Corporate Ownership, Verification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

_____    <u>07/05/2017</u>
Signature of individual signing on behalf of debtor       MM / DD / YYYY

<u>Stan Szydlowski</u>
Printed name

<u>Director</u>
Position or relationship to debtor

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor   Klaucens & Associates, Inc.                                                    Case number:

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

**Name of the pension fund**                                        **Employer identification number of the pension fund**

**32.1**
  ESOP

**32.2**
  401 (k)

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

_____     07/05/2017
Director, authorized representative of Klaucens & Associates, Inc.     MM/DD/YYYY

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

BKAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

# United States Bankruptcy Court
## Northern District of Illinois
## Chicago Division

In re: **Klaucens & Associates, Inc.**                    Case No.

### VERIFICATION OF CREDITOR MATRIX

I(we) verify that the attached list of creditors and the matrix file to be uploaded in this case
are true and complete to the best of my(our) knowledge.

_____          07/05/2017
Stan Szydlowski                                            _____
Director of Klaucens & Associates, Inc.                   Date

BKAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.